In the Matter of CONCERNED HOME CARE PROVIDERS, INC., et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Decided October 22, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.